382

20822.   HUFFINE *et al. v.* MOBLEY, superintendent of banks, *et al.*

BLOODWORTH, J.   The petition and the demurrers in this case are substantially the same as those in the case of *Duncan* v. *Mobley, ante,* 380, and the order disposing of each case is identical. The rulings of this court in that case are controlling in this case.

   *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MAY 12, 1931.   REHEARING DENIED JUNE 9, 1931.

*Augustine Sams, Astor Merritt, J. R. Hutcheson, W. H. Dorris,* for plaintiff in error.

*C. N. Davie, J. F. Kemp, Jones, Fuller, Russell & Clapp, Jones, Evins, Powers & Jones, Dillon, Calhoun & Dillon,* contra.